RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk

82,588-01

NO. WR-82,588-01

To Criminal Courts of Appeal    WRT NO. W09-40846-J(A)

I Applicant Franzwa D. Miller is writing concerning my 11.07 Application For Writ of Habeas Corpus, I have a situation pertaining to my Memorandum of Law; I never had an opportunity to do one because the timing was running on my months to get the 11.07 in; I was only able to get the 11.07 application in. Another issue my Trial Court In Criminal District Court NO.3 Dallas County, Texas Judge Gracie Lewis did a finding of Facts and conclusions on my Habeas Corpus did not give me an opportunity to do an objection to her claims in my Habeas Corpus. I was not notified about the timing I had, to be able to do objection. With my Affidavits I only recieve one of my affidavits from Scottie D. Allen trial attorney, I am suppose to recieve 2nd affidavit from Adrienne Dunn appeal attorney that was in my Court Order. By Gracie Lewis authority she was placing John Tatum in for Adrienne Dunn to do the affidavit. That Affidavit was not done or sent to me with the Findings of Facts and Conclusions and the one affidavits that came to me. I'm asking can the Criminal Courts of Appeals please give me an chance to do my Memorandum of Law, and my objection to this Writ of Habeas Corpus. That I recieve my second affidavit. I will truly appreciate it if I get the opportunity to do so. Thank you For Your Time. Please Get Back with me.

Certificate of Service

On this ___ day of ___ 2015, a true and correct copy of the foregoing Applicant letter to the Criminal Courts of Appeals of Texas P.O Box 12308, Capitol Station Austin, Texas 78711. United States mail postage

*Franzwa Miller*
FRANZWA Miller.

Respectfully Submitted
Franzwa Miller #1666171
George Beto Unit 1391 Fm 3328
Tennessee Colong, TX 75880
*Franzwa Miller*